1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11    ASHLEY HULLON,

12                Petitioner,

13        v.

14    GUNTHER,

15                Respondent.

16

Case No. 1:25-cv-00183-EPG-HC

ORDER TRANSFERRING CASE TO THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA

17        Petitioner Ashley Hullon is a federal prisoner proceeding *pro se* with a petition for writ of

18    habeas corpus pursuant to 28 U.S.C. § 2241.

19        On February 6, 2025, Petitioner filed the instant petition for writ of habeas corpus,

20    challenging the denial of First Step Act eligibility and application of credits. (ECF No. 1 at 2.[1])

21    For federal prisoners, "petitions that challenge the manner, location, or conditions of a sentence's

22    execution must be brought pursuant to § 2241 in the custodial court." Hernandez v. Campbell,

23    204 F.3d 861, 864 (9th Cir. 2000). Here, Petitioner requests that the Court order the Federal

24    Bureau of Prisons to apply all earned First Step Act credits to her sentence computation, and

25    Petitioner is currently housed at the Federal Correctional Institution in Phoenix, Arizona. (ECF

26    No. 1 at 7, 1.) As Petitioner is challenging the execution of her sentence, the petition must be

27

28    [1] Page numbers refer to ECF page numbers stamped at the top of the page.

1

1   heard in the custodial court, which is the District of Arizona. Therefore, this action will be

2   transferred. See 28 U.S.C. § 1631 (allowing transfer to cure want of jurisdiction).

3          Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the

4   United States District Court for the District of Arizona.

5
    IT IS SO ORDERED.
6

7      Dated:   **February 28, 2025**                    /s/ *Eric P. Groj*

8                                                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28